Brian N. Platt (#17099)
bplatt@wnlaw.com
Timothy D. Nichols (#12610)
tnichols@wnlaw.com
WORKMAN NYDEGGER
60 East South Temple, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801-533-9800
Facsimile: (801-328-1707

*Attorneys for Plaintiff Noxgear, LLC*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| NOXGEAR, LLC<br><br>Plaintiff,<br><br>v.<br><br>DEXSCOUT aka SHENZHENSHI GUXIANG ZHINENG SHEBEI YOUXIAN ZEREN GONGSI,<br><br>Defendant. | Case No. 2:26-cv-159<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>Judge: _____<br><br>**DEMAND FOR JURY TRIAL** |



Figure 1. Portable audio speaker system disclosed in U.S. Patent No. 12,520,081.

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Noxgear, LLC ("Noxgear" or "Plaintiff") complains and alleges as follows against Defendant Shenzhenshi Guxiang Zhineng Shebei Youxian Zeren Gongsi aka DexScout ("DexScout" or "Defendant").

## NATURE OF THE CLAIMS

1.      This is an action for patent infringement. Plaintiff Noxgear alleges that Defendant DexScout infringes U.S. Patent No. 12,520,081 (the "'081 Patent) (the "Asserted Patent"). *See* Exhibit A.

2.      Plaintiff alleges that the Defendant infringes the Asserted Patent through the sale and distribution of portable audio speaker products, including the Defendant's DexScout speaker product (the "Accused Product").

## THE PARTIES

1.      Plaintiff Noxgear, LLC is an Ohio limited liability company with a principal place of business at 966 Proprietors Rd, Worthington, OH, 43085.

2.      On information and belief, Defendant DexScout is an unknown Chinese entity with the name Shenzhenshi Guxiang Zhineng Shebei Youxian Zeren Gongsi and a principal place of business at No. 216, 902, Niucheng Road, Niu Village, Bailang Community, Xili Street, Nanshan District, Shenzhen, Guangdong, China, 518055.

## JURISDICTION

3.     This matter arises under the patent laws of the United States, Title 35 of the United States Code, §§ 1 et seq. Thus, this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

4.     This Court has personal jurisdiction over Defendant pursuant to Utah Code Ann. § 78B-3-205. Upon information and belief, Defendant has purposefully directed its activities toward this Judicial District and the State of Utah by making, importing, offering for sale, and selling the Accused Products to customers in Utah through online marketplaces, including Amazon. Defendant has placed the Accused Products into the stream of commerce with the expectation and intent that they be purchased by consumers in Utah. Defendant derives revenue from sales in this District and has purposefully availed itself of the privileges of conducting business in Utah. In addition, Defendant has targeted Noxgear's business operations in the United States, including in this Judicial District, by marketing, offering for sale, and selling Accused Products that infringe the Asserted Patent and directly compete with Noxgear's patented portable speaker products sold in this District.

5.     Alternatively, this Court has personal jurisdiction over Defendant pursuant to Federal Rule of Civil Procedure 4(k)(2). This action arises under federal patent law, and Defendant has purposefully directed its activities toward the United States by making, importing, offering for sale, and selling the Accused Products to customers nationwide through online marketplaces. Defendant's contacts with the United States as a whole are such that exercising jurisdiction is consistent with the Constitution and laws of the United States.

3.      Venue is proper in this District under 28 U.S.C. § 1391(c)(3) because the Defendant is a foreign person or corporation subject to personal jurisdiction in this District. Venue is also proper in this District under 28 U.S.C. § 1391(b) because the parties transact business within this district through Amazon.com, which operates a principal place of business in this district.

## BACKGROUND

6.      Noxgear, LLC is an innovator in the design of compact electronic products for active and mobile use. Noxgear is widely known for developing lightweight, wearable devices that combine thoughtful engineering with practical performance. One such product is Noxgear's 39g clip-on portable audio speaker, which delivers clear, high-output sound from a very small, battery-powered device. The technology that enables this performance is protected by the Asserted Patent.

7.      Designing a small, wearable speaker presents a fundamental challenge. Devices of this size are typically powered by a single-cell lithium battery, which inherently limits how much sound the speaker can produce. Without a careful power design, small speakers often suffer from low volume or degraded sound quality. The Asserted Patent addresses this problem with a specific speaker architecture that allows a compact device to deliver higher audio output while remaining efficient and suitable for wearable use.

8.      In the patented system, an internal audio amplifier increases the battery's voltage before delivering the audio signal to the speaker. The amplifier provides the audio signal as a rapidly switched voltage, commonly referred to as pulse-width modulation ("PWM"), which controls the audio output by varying the timing of the voltage pulses rather than their amplitude.

This combination of voltage boosting and PWM-based signal delivery allows the speaker to operate at higher output levels without sacrificing size or battery life.

9.      Since the introduction of Noxgear's patented design, multiple manufacturers of portable speakers have adopted similar architectures by incorporating commercially available audio amplifiers that integrate voltage boosting and PWM output for use in compact, single-cell battery-powered devices. The functionality of such integrated audio amplifier components is fixed by their design, such that incorporating them into a portable speaker powered by a single-cell lithium battery necessarily results in a system that includes the voltage-boosting and signal-delivery features claimed in the Asserted Patent. Defendant DexScout is one such manufacturer that has adopted this integrated amplifier architecture in its Accused Product.

10.      Upon information and belief, Defendant makes, uses, imports, sells, and/or offers for sale in the United States its own portable speaker, the Accused Product, on Amazon.com, and other third-party retailers, as shown below:



ASIN B0D6QRKCM2 (amazon.com)





**Wearable Bluetooth Speaker, Portable Wireless Clip-on Mini Water-Resistant Speaker, 12H Playtime, Built-in Mics for Hands-Free, Small Wireless Bluetooth for Jobsite/Sports/Outdoor**

Brand: DexScout
Search this page

$25.97

Price history

Pay $25.97 $0.00 after using available Prime Visa rewards points.

✓prime
FREE Returns ⌄

Savings 5% back with Prime Young Adult    Terms

Color: Gray

$25.97 FREE Delivery Thursday | $25.97 FREE Delivery Thursday | $25.97 FREE Delivery Thursday

| Brand | DexScout |
|---|---|
| Speaker Maximum Output Power | 4.99 Watts |
| Connectivity Technology | Bluetooth, USB |
| Mounting Type | Tabletop Mount |
| Material | Acrylonitrile Butadiene Styrene (ABS) |

$25.97

✓prime
FREE delivery **Thursday, February 5**. Order within 9 hrs 17 mins
📍 Deliver to Jinhee - Sandy 84070

**In Stock**

Quantity: 1

Add to cart

Buy Now

Ships from   Amazon
Sold by      Guxiang-US
Returns      FREE 30-day refund/replacement
Customer service   Amazon
⌄ See more

Save this item
Add to List

Click to see full view

ASIN B0D6YMRNRH (amazon.com)



**Wearable Bluetooth Speaker,Birthday Valentine's Day for Men Women,Clip-on Wireless Portable Mini Speakers,Built-in Mics for Hands-Free Music and Calls,Up to 12H Battery Life (Gray)**

Brand: DexScout
4.4 ★★★★☆ (209)  |  Search this page

**Currently unavailable.**
We don't know when or if this item will be back in stock.

| Brand | DexScout |
|---|---|
| Speaker Maximum Output Power | 5 Watts |
| Frequency Response | 18 KHz |
| Connectivity Technology | Bluetooth |
| Audio Output Mode | Stereo |

**Currently unavailable.**
We don't know when or if this item will be back in stock.
📍 Deliver to Jinhee - Sandy 84070

Save this item
Add to List

**About this item**
• Make Valentine's Day Best - Gift Your Dad This Thoughtful Christmas Presents After The Whole Year Hard Working. Complete sets to serve for your favorite Rocks,Blues, Hiphop, classical, Jazz or country music. We have already collocat it right and all you need to do is starting celebrate fine life moments! Also a perfect gift for valentines day birthday aniversary christmas housewarming or retirement gift for men dad him husband who has everything

• .Incredibly Lightweight Design - Say goodbye to heavy portable speakers or headphones that weigh you down.The DEXSCOUT speaker boasts an incredibly lightweight design, weighing around

Click to see full view

ASIN B0D6Q4LRG (amazon.com)

*See* Exhibit B.

11.     Plaintiff Noxgear is well known in the market for wearable and portable audio products, particularly among consumers and retailers focused on active and outdoor use, and has established a reputation for compact devices that deliver reliable, high-performance sound. Noxgear's portable audio speaker products are sold through online marketplaces and retail channels throughout the United States, including major e-commerce platforms and specialty retailers. Noxgear has taken steps to protect its intellectual property rights in the Asserted Patent, including by monitoring the market for infringing products and pursuing enforcement actions to address unauthorized use of its patented technology.

12.     Plaintiff has suffered harm from Defendant's misconduct in the form of lost profits and diverted sales and market share. Plaintiff's immediate, irreparable injuries have no adequate remedy at law, and Plaintiff is entitled to injunctive relief and up to three times its actual damages, as well as costs and reasonable attorneys' fees.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 12,520,081

13.     Plaintiff incorporates each and every allegation of the preceding paragraphs as if fully set forth herein.

14.     On January 6, 2026, the '081 Patent, titled "Portable audio speaker system" was duly and legally issued. A true and correct copy of the '081 Patent is attached as Exhibit A.

15.     Plaintiff owns all rights in the '081 Patent.

16.     Defendant makes, uses, offers for sale, sells, and distributes the Accused Product.

17.     As a non-limiting example, set forth below is an exemplary infringement claim analysis for claim 15 of the '081 Patent in connection with the Accused Product. This claim analysis is based on publicly available information, and Plaintiff reserves the right to modify this

analysis, including, for example, on the basis of information about the Accused Product that Plaintiff obtains in discovery.

  18. Representative claim 15 of the '081 Patent is reproduced below:

    15. A portable audio speaker system, comprising:

      at least one speaker assembly including a housing;

      a speaker element disposed within the housing;

      an audio amplifier coupled to the speaker element;

      an internal power supply comprising a single-cell lithium battery;

      a clip member coupled to the housing, the clip member and the housing together forming a clipping device; and

      a spring element coupling the clip member to the housing;

      wherein the clipping device allows the housing to be coupled to, and decoupled from, an edge of an item;

      wherein the audio amplifier provides a switched voltage audio signal to the speaker element via pulse-width modulation (PWM); and

      wherein the audio amplifier comprises a boost converter configured to raise the single-cell lithium battery to a voltage of about 5 to 6 volts for driving the speaker element via the PWM.

'081 Patent, claim 15.

  19. The Accused Product infringes at least claim 15 of the '081 Patent in the exemplary manner described below. For example, to the extent the preamble of claim 15 is limiting, the Accused Product meets the preamble of claim 15 as shown forth below:

    15. **A portable audio speaker system, comprising:**

      at least one speaker assembly including a housing;

a speaker element disposed within the housing;

an audio amplifier coupled to the speaker element;

an internal power supply comprising a single-cell lithium battery;

a clip member coupled to the housing, the clip member and the housing together forming a clipping device; and

a spring element coupling the clip member to the housing;

wherein the clipping device allows the housing to be coupled to, and decoupled from, an edge of an item;

wherein the audio amplifier provides a switched voltage audio signal to the speaker element via pulse-width modulation (PWM); and

wherein the audio amplifier comprises a boost converter configured to raise the single-cell lithium battery to a voltage of about 5 to 6 volts for driving the speaker element via the PWM.

'081 Patent, claim 15.



Wearable Bluetooth Speaker,Clip-on
Wireless Portable Mini Water-Resistant
Player,Built-in Mics for Hands-Free
Music and Calls, Small Bluetooth
Speakers,Up to 12H Battery Life
Brand: DexScout
4.4 ★★★★⯪ ⌄ (209)  |  Search this page

**Accused Product (Amazon ASIN B0D6YMRNRH)**

20.    The Accused Product meets the limitations of claim 15 of the '081 Patent as set forth below:

15. A portable audio speaker system, comprising:

**at least one speaker assembly including a housing;**

a speaker element disposed within the housing;

an audio amplifier coupled to the speaker element;

an internal power supply comprising a single-cell lithium battery;

a clip member coupled to the housing, the clip member and the housing together forming a clipping device; and

a spring element coupling the clip member to the housing;

wherein the clipping device allows the housing to be coupled to, and decoupled from, an edge of an item;

wherein the audio amplifier provides a switched voltage audio signal to the speaker element via pulse-width modulation (PWM); and

wherein the audio amplifier comprises a boost converter configured to raise the single-cell lithium battery to a voltage of about 5 to 6 volts for driving the speaker element via the PWM.

'081 Patent, claim 15.

21.    The Accused Product further includes a speaker assembly enclosed within a molded exterior housing, as shown in the below photograph depicting the housing's front grille and rear enclosure surrounding the internal speaker components.



22.    The Accused Product further meets the limitations of claim 15 of the '081 Patent as set forth below:

15. A portable audio speaker system, comprising:

at least one speaker assembly including a housing;

**a speaker element disposed within the housing;**

an audio amplifier coupled to the speaker element;

an internal power supply comprising a single-cell lithium battery;

a clip member coupled to the housing, the clip member and the housing together forming a clipping device; and

a spring element coupling the clip member to the housing;

wherein the clipping device allows the housing to be coupled to, and decoupled from, an edge of an item;

wherein the audio amplifier provides a switched voltage audio signal to the speaker element via pulse-width modulation (PWM); and

wherein the audio amplifier comprises a boost converter configured to raise the single-cell lithium battery to a voltage of about 5 to 6 volts for driving the speaker element via the PWM.

'081 Patent, claim 15.



23.     The Accused Product further meets the limitations of claim 15 of the '081 Patent as set forth below:

15. A portable audio speaker system, comprising:

at least one speaker assembly including a housing;

a speaker element disposed within the housing;

**an audio amplifier coupled to the speaker element;**

 an internal power supply comprising a single-cell lithium battery;

a clip member coupled to the housing, the clip member and the housing together forming a clipping device; and

a spring element coupling the clip member to the housing;

wherein the clipping device allows the housing to be coupled to, and decoupled from, an edge of an item;

wherein the audio amplifier provides a switched voltage audio signal to the speaker element via pulse-width modulation (PWM); and

wherein the audio amplifier comprises a boost converter configured to raise the single-cell lithium battery to a voltage of about 5 to 6 volts for driving the speaker element via the PWM.

'081 Patent, claim 15.

24.    Inspection of the Accused Product shows that its circuit board includes an integrated circuit ("IC") marked "P8945 CUA4Y," as shown below.



25.    The IC marked "P8945 CUA4Y" is the PAM8945 audio amplifier manufactured by Diodes Incorporated. On information and belief, the following excerpt from a datasheet provided by Diodes Incorporated pertains to this same part, the PAM8945 audio amplifier, as shown below. *See* Exhibit C.





### Ordering Information (Note 4)

PAM8945 X X X

| Pin Configuration | Package | Packing |
|---|---|---|
| P: 12 Pin | J: W-QFN2030-12 | R: Tape & Reel |

| Orderable Part Number | Package | 7" Tape and Reel | | Part Number Suffix |
|---|---|---|---|---|
| | | Quantity | Carrier | |
| PAM8945PJR | W-QFN2030-12 | 3,000 | Tape & Reel | -7 |

Note:    4. For packaging details, go to our website at https://www.diodes.com/design/support/packaging/diodes-packaging/.

### Marking Information

W-QFN2030-12

(Top View)

P8945
XXXYW

P8945: Product Code
X: Internal Code
Y: Year 0~9
W: Week: A~Z: 1~26 weeks;
   a~z: 27~52 weeks; z
   represents 52 and 53 weeks.



26.    On information on belief, the following excerpts from the PAM8945 datasheet further confirm that the amplifier's output terminals (OUT+ and OUT−) are configured to drive and are electrically coupled to a speaker element, as shown below.



27.    The Accused Product further meets the limitations of claim 15 of the '081 Patent, as set forth below:

15. A portable audio speaker system, comprising:

at least one speaker assembly including a housing;

a speaker element disposed within the housing;

an audio amplifier coupled to the speaker element;

**an internal power supply comprising a single-cell lithium battery;**

a clip member coupled to the housing, the clip member and the housing together forming a clipping device; and

a spring element coupling the clip member to the housing;

wherein the clipping device allows the housing to be coupled to, and decoupled from, an edge of an item;

wherein the audio amplifier provides a switched voltage audio signal to the speaker element via pulse-width modulation (PWM); and

wherein the audio amplifier comprises a boost converter configured to raise the single-cell lithium battery to a voltage of about 5 to 6 volts for driving the speaker element via the PWM.

'081 Patent, claim 15.

28.    The Accused Product further includes a single cell lithium battery enclosed within the housing, wherein the internal battery label states "3.7V 560mAh (2.07Wh)," as shown below.



29.    The Accused Product further meets the limitations of claim 15, as set forth below:

15. A portable audio speaker system, comprising:

at least one speaker assembly including a housing;

a speaker element disposed within the housing;

an audio amplifier coupled to the speaker element;

an internal power supply comprising a single-cell lithium battery;

**a clip member coupled to the housing, the clip member and the housing together forming a clipping device**; and

a spring element coupling the clip member to the housing;

wherein the clipping device allows the housing to be coupled to, and decoupled from, an edge of an item;

wherein the audio amplifier provides a switched voltage audio signal to the speaker element via pulse-width modulation (PWM); and

wherein the audio amplifier comprises a boost converter configured to raise the single-cell lithium battery to a voltage of about 5 to 6 volts for driving the speaker element via the PWM.

'081 Patent, claim 15.

30.    The Accused Product further includes a spring-loaded clip that is physically coupled to the housing, such that the clip member and the housing together form a clipping device, as shown in the images below.



31.    The Accused Product further meets the limitations of claim 15 as set forth below:

15. A portable audio speaker system, comprising:

at least one speaker assembly including a housing;

a speaker element disposed within the housing;

an audio amplifier coupled to the speaker element;

an internal power supply comprising a single-cell lithium battery;

a clip member coupled to the housing, the clip member and the housing together forming a clipping device; and

**a spring element coupling the clip member to the housing;**

wherein the clipping device allows the housing to be coupled to, and decoupled from, an edge of an item;

wherein the audio amplifier provides a switched voltage audio signal to the speaker element via pulse-width modulation (PWM); and

wherein the audio amplifier comprises a boost converter configured to raise the single-cell lithium battery to a voltage of about 5 to 6 volts for driving the speaker element via the PWM.

'081 Patent, claim 15.

32.    The Accused Product further includes a torsion spring disposed at the clip hinge, with the spring's coils and legs engaging both the clip member and the housing, as depicted below.

33.    The Accused Product further meets the limitations of claim 15 as set forth below:



15. A portable audio speaker system, comprising:

at least one speaker assembly including a housing;

a speaker element disposed within the housing;

an audio amplifier coupled to the speaker element;

an internal power supply comprising a single-cell lithium battery;

a clip member coupled to the housing, the clip member and the housing together forming a clipping device; and

a spring element coupling the clip member to the housing;

**wherein the clipping device allows the housing to be coupled to, and decoupled from, an edge of an item;**

wherein the audio amplifier provides a switched voltage audio signal to the speaker element via pulse-width modulation (PWM); and

wherein the audio amplifier comprises a boost converter configured to raise the single-cell lithium battery to a voltage of about 5 to 6 volts for driving the speaker element via the PWM.

'081 Patent, claim 15.

34.    The Accused Product further includes a clipping device which allows the housing to be coupled to, and decoupled from, an edge of an item, as shown in the images below.



35.    The Accused Product further meets the limitations of claim 15 as set forth below:

15. A portable audio speaker system, comprising:

at least one speaker assembly including a housing;

a speaker element disposed within the housing;

an audio amplifier coupled to the speaker element;

an internal power supply comprising a single-cell lithium battery;

a clip member coupled to the housing, the clip member and the housing together forming a clipping device; and

a spring element coupling the clip member to the housing;

wherein the clipping device allows the housing to be coupled to, and decoupled from, an edge of an item;

**wherein the audio amplifier provides a switched voltage audio signal to the speaker element via pulse-width modulation (PWM); and**

wherein the audio amplifier comprises a boost converter configured to raise the single-cell lithium battery to a voltage of about 5 to 6 volts for driving the speaker element via the PWM.

'081 Patent, claim 15.

36.    The Accused Product has a PWM modulator driving the output stage

(OUT+/OUT-) as depicted in the documentation below, indicating that the audio amplifier

provides a switched voltage audio signal via pulse-width modulation to the speaker element.



37.    The Accused Product further meets the limitations of claim 15 as set forth below:

15. A portable audio speaker system, comprising:

   at least one speaker assembly including a housing;

   a speaker element disposed within the housing;

   an audio amplifier coupled to the speaker element;

   an internal power supply comprising a single-cell lithium battery;

   a clip member coupled to the housing, the clip member and the housing
together forming a clipping device; and

   a spring element coupling the clip member to the housing;

wherein the clipping device allows the housing to be coupled to, and decoupled from, an edge of an item;

wherein the audio amplifier provides a switched voltage audio signal to the speaker element via pulse-width modulation (PWM); and

**wherein the audio amplifier comprises a boost converter configured to raise the single-cell lithium battery to a voltage of about 5 to 6 volts for driving the speaker element via the PWM.**

'081 Patent, claim 15.

38.    As shown in the documentation below, the Accused Product includes an audio amplifier that comprises a boost converter supplied by a single-cell lithium battery input (VBAT). The PAM8945 datasheet further reflects that the amplifier is configured to raise the voltage of the single-cell battery and provide a switched-voltage audio signal via PWM to drive the speaker element. The electrical characteristics listed in the datasheet identify a typical peak output voltage of approximately 5.75 volts, which falls within the claimed range of about 5 volts.



**Electrical Characteristics** (@VBAT=3.6V, AGC=GND, $T_A$ = +25°C, $R_L$ =4Ω+33µH, unless otherwise specified.)

| Symbol | Parameter | Test Conditions | | Min | Typ | Max | Unit |
|---|---|---|---|---|---|---|---|
| $V_{BAT}$ | Supply Voltage | — | | 2.8 | — | 5.2 | V |
| $P_O$ | Output Power | THD+N=10%, f=1kHz | $V_{BAT}$=3.6V | — | 4.0 | — | W |
| | | THD+N=1%, f=1kHz | | — | 3.2 | — | W |
| THD+N | Total Harmonic Distortion Plus Noise | $P_O$=1.0W, $R_L$=8Ω | f=1kHz | — | 0.07 | — | % |
| | | $P_O$=2W, $R_L$=4Ω | | — | 0.15 | — | |
| PSRR | Power Supply Ripple Rejection | $V_{BAT}$=3.6V, Input AC - ground with C=1µF | f=217Hz | — | 70 | — | dB |
| | | | f=1kHz | — | 70 | — | |
| | | | f=10kHz | — | 67 | — | |
| SNR | Signal-To-Noise Ratio | A-weighting | THD+N=1% | — | 95 | — | dB |
| $V_{OP}$ | Peak Output Voltage | $V_{BAT}$=3.6V | f=1kHz | — | 5.75 | — | V |

39.    Because the functionality of the PAM8945 amplifier is fixed by its design, incorporation of this component into a portable speaker powered by a single-cell lithium battery necessarily results in a system that includes: (i) an audio amplifier coupled to a speaker element; (ii) a switched-voltage audio signal delivered via PWM; and (iii) a boost converter configured to raise the battery voltage to approximately 5 to 6 volts. By selecting and incorporating the PAM8945 into the Accused Product, Defendant has implemented the claimed architecture of the '081 Patent.

40.    Defendant has directly infringed claim 15 of the '081 Patent in the United States by making, using, offering for sale, selling, and/or importing the Accused Product in violation of 35

U.S.C. § 271(a). As such, Defendant is liable for infringement of the '081 Patent under 35 U.S.C. § 271(a).

43. Defendant is on notice of its direct and indirect infringement of the '081 Patent by virtue of Plaintiff's marking of its products and at least by the filing of this Complaint.

42. Defendant's acts of infringement have caused damage to Plaintiff. Plaintiff is therefore entitled to recover damages sustained as a result of Defendant's wrongful acts in an amount that is to be proven at trial.

43. Defendant has willfully infringed the '081 Patent with knowledge of the '081 Patent or were willfully blind to the '081 Patent and the risk of the Defendant's infringement.

## PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully prays that the Court enter judgment in its favor and award the following relief against the Defendant:

A. A judgment that the Defendant has infringed one or more claims of the Asserted Patent literally and/or under the doctrine of equivalents;

B. An award of damages pursuant to 35 U.S.C. § 284 in an amount to be proven at trial, including increased damages up to three times the amount found or assessed;

C. A judgment that this case is exceptional pursuant to 35 U.S.C. § 285 and an award of Plaintiff's reasonable attorneys' fees in this litigation;

D. An award of costs;

E. An award of pre-judgment and post-judgment interest on Plaintiff's damages;

F. Entry of an injunction against further infringement of the Asserted Patent; and

G. Any such other and further relief as the Court deems proper.

## <u>DEMAND FOR JURY TRIAL</u>

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a jury

trial on all matters triable to a jury.

DATED this 25th day of February, 2026.


By: <u>/s/ Brian N. Platt_____</u>
       Brian N. Platt
       Timothy D. Nichols

*Attorneys for Plaintiff Noxgear, LLC*