UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| NOXGEAR, LLC,<br><br>             Plaintiff,<br><br>v.<br><br>DEXSCOUT aka SHENZHENSHI GUXIANG ZHINENG SHEBEI YOUXIAN ZEREN GONGSI,<br><br>             Defendant. | **MEMORANDUM DECISION AND ORDER GRANTING MOTION FOR EXPEDITED DISCOVERY**<br>**(DOC. NO. 10)**<br><br>Case No. 2:26-cv-00159<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Daphne A. Oberg |

Noxgear, LLC, brought this patent infringement action against DexScout aka Shenzhenshi Guxiang Zhineng Shebei Youxian Zeren Gongsi, an entity based in China.[1]  Noxgear moves for expedited discovery, seeking leave to serve a subpoena on Amazon.com to determine DexScout's contact information for purposes of service.[2]  For good cause, Noxgear's motion is granted.

ANALYSIS

Under Rule 26 of the Federal Rules of Civil Procedure, "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except . . . when authorized by these rules, by stipulation, or by court order."[3]  "[A] party

---

[1] (First Am. Compl. ¶¶ 1–2, 4, Doc. No. 6.)

[2] (*Ex Parte* Mot. for Expedited Disc. (Mot.), Doc. No. 10.)

[3] Fed. R. Civ. P. 26(d)(1).

seeking expedited discovery in advance of a Rule 26(f) conference has the burden of showing good cause for the requested departure from usual discovery procedures."[4] "Courts have permitted expedited discovery when it is needed to identify the defendants in a case or to find contact information for service."[5]

Noxgear claims DexScout sells products on Amazon.com which infringe Noxgear's patent.[6] Noxgear tried to contact DexScout regarding this action via mail to its business address registered with Amazon.com (an address in China), but the carrier indicated the "customer [was] not available or business is closed."[7] Noxgear's counsel also attempted to obtain other contact information through DexScout's filings with the United States Patent and Trademark Office—and learned DexScout's owner is Zhexin Lin.[8] Noxgear's counsel states he believes Zhexin Lin is the same person as Colin Lin, who "serves as the FCC liaison for the Accused Products on behalf of another entity."[9] Although Noxgear previously moved for leave to serve DexScout via an email address

---

[4] *Vient v. Ancestry*, No. 2:19-cv-00051, 2019 U.S. Dist. LEXIS 237828, at *2 (D. Utah Mar. 4, 2019) (unpublished) (quoting *Qwest Commc'ns Int'l, Inc. v. WorldQuest Networks, Inc.*, 213 F.R.D. 418, 419 (D. Colo. 2003)).

[5] *Arcade LLC v. FNU LNU*, No. 2:26-cv-00154, 2026 U.S. Dist. LEXIS 66097, at *2 (D. Utah Mar. 26, 2026) (unpublished); *see also Purple Innovation, LLC v. Bedmate-U Co.*, No. 2:22-cv-00620, 2022 U.S. Dist. LEXIS 193685, at *2–3 (D. Utah Oct. 21, 2022) (unpublished) (finding good cause for expedited discovery to find the defendants' contact information in a patent infringement action).

[6] (First. Am. Compl. ¶¶ 1, 5, Doc. No. 6.)

[7] (Mot. 3–4, Doc. No. 10; Decl. of Brian Platt ¶¶ 5–6, Doc. No. 10-1.)

[8] (*See* Decl. of Brian Platt ¶ 7, Doc. No. 10-1.)

[9] (*Id.* ¶ 8.)

associated with Colin Lin,[10] the court denied the motion because Noxgear failed to submit adequate evidence linking the email address to Zhexin Lin or DexScout.[11] Noxgear contends it has "no verified way of contacting [DexScout] to notify it of this action" based on "the information currently available."[12]  Accordingly, Noxgear seeks leave to serve a subpoena on Amazon.com requesting "identifying information and contact information, including names, email addresses, and phone numbers" for DexScout.[13]

Noxgear has shown good cause to permit expedited discovery to obtain contact information for purposes of service.  Noxgear has made reasonable efforts to locate DexScout's contact information, and such information is unavailable without third-party discovery.  Accordingly, Noxgear is permitted to serve a subpoena on Amazon.com to obtain DexScout's contact information.

<u>CONCLUSION</u>

Noxgear's motion for expedited discovery[14] is granted.  Noxgear may serve a subpoena on Amazon.com for the purpose of identifying the full name, contact

---

[10] (Mot. for Alternative Service, Doc. No. 8.)

[11] (Mem. Decision & Order Den. Without Prejudice Pl.'s Mot. for Alternative Service, Doc. No. 9.)

[12] (Mot. 4, Doc. No. 10.)

[13] (*Id.* at 8.)

[14] (Doc. No. 10.)

information, and email address of DexScout aka Shenzhenshi Guxiang Zhineng Shebei Youxian Zeren Gongsi.

DATED this 28th day of May, 2026.

BY THE COURT:

_Daphne A. Oberg_

Daphne A. Oberg
United States Magistrate Judge

4